1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

ANTHONY ANDRE SHARP,

12

Plaintiff,

13

v.

14

BOARD OF SUPERVISORS, et al.,

15

Defendants.

16
17

No.  1:22-cv-00012-DAD-HBK (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 7)

18      Plaintiff Anthony Andre Sharp is a state prisoner proceeding *pro se* in this civil rights

19   action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

20   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21      On April 8, 2022, the assigned magistrate judge issued findings and recommendations,

22   recommending that plaintiff's application to proceed *in forma pauperis* be denied and that he be

23   required to pay the $402.00 filing fee in full to proceed with this action because:  (1) he is subject

24   to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations of plaintiff's complaint

25   do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g).  (Doc.

26   No. 7.)  Those findings and recommendations were served on plaintiff and contained notice that

27   any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  To date, no

28   objections have been filed with the court and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.      The findings and recommendations issued on April 8, 2022 (Doc. No. 7) are adopted;

2.      Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied;

3.      Within twenty-one (21) days following service of this order, plaintiff shall pay the required $402.00 filing fee in full to proceed with this action; and

4.      Plaintiff's failure to pay the filing fee within the specified time will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 24, 2022**

UNITED STATES DISTRICT JUDGE